United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-18128-elf
Betzaida Cartagena                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 2            Date Rcvd: Jan 02, 2018
                            Form ID: pdf900        Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2018.
db           +Betzaida Cartagena,    4304 Comly Street,    Philadelphia, PA 19135-3906
14022909     +Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
14022915     +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
14022916     +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
14022917      Holy Redeemer Health Center,    PO Box 8500-2900,    Philadelphia, PA 19178-8500
14022919     +Jeanes Hospital,    7600 Central Avenue,    Philadelphia, PA 19111-2499
14022920     +Jos Miller & Sons,    413 W. Dauphin Street,    Philadelphia, PA 19133-2998
14022921     +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14022922     +Merchants Assoc Coll D,    Po Box 173025,    Tampa, FL 33672-1025
14022923     +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    PO Box 26648,
               Oklahoma City, OK 73126-0648
14022924     +Midland Mortgage Co.,    P.O. Box 26648,    Oklahoma City, OK 73126-0648
14022925     +Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    PO Box 26648,
               Oklahoma City, OK 73126-0648
14022926      PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
               Harrisburg, PA 17120-0946
14022928     +PGW,    Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
14022929      Quest Diagnostics,    P.O. Box 7306,    Hollister, MO 65673-7306
14022930     +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
               Chicago, IL 60661-3631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Jan 03 2018 01:01:29     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 03 2018 01:01:04
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 03 2018 01:01:26     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14022912      E-mail/Text: bankruptcy@phila.gov Jan 03 2018 01:01:29     City Of Philadelphia,
               Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
14022913      E-mail/Text: bankruptcy@phila.gov Jan 03 2018 01:01:29     City of Philadelphia,
               Bankruptcy Unit,   15th Floor,   1515 Arch Street,    Philadelphia, PA 19102
14022910     +E-mail/Text: ecf@ccpclaw.com Jan 03 2018 01:00:55     Cibik and Cataldo, P.C.,
               1500 Walnut St.,   Suite 900,   Philadelphia, PA 19102-3518
14022914     +E-mail/Text: bknotice@erccollections.com Jan 03 2018 01:01:19     Enhanced Recovery Corp,
               Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14022918      E-mail/Text: cio.bncmail@irs.gov Jan 03 2018 01:00:57     I.R.S.,    P.O. Box 7346,
               Philadelphia, PA 19101-7346
14022927      E-mail/Text: bankruptcygroup@peco-energy.com Jan 03 2018 01:00:59     Peco Energy,
               2301 Market Street # N 3-1,    Legal Department,    Philadelphia PA 19103-1338
14022931      E-mail/Text: eforbes@ph13trustee.com Jan 03 2018 01:01:00     William C. Miller, Esquire,
               Chapter 13 Trustee,    P.O. Box 40119,    Philadelphia, PA 19106-0119
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14022911*      +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Jan 02, 2018
                              Form ID: pdf900              Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2018 at the address(es) listed below:
              MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Betzaida  Cartagena ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Betzaida  Cartagena ecf@ccpclaw.com,
               cibikmr70146@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                          TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| BETZAIDA CARTAGENA, | : | |
| Debtor | : | Bky. No. 17-18128 ELF |

# O R D E R

**AND NOW**, upon consideration of the Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. § 362(c)(3)(B) ("the Motion"), and after notice and hearing, and there being no opposition to the Motion,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

Date:  1/2/18

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**