# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 17-18128-ELF

BETZAIDA CARTAGENA

4304 COMLY STREET

PHILADELPHIA, PA 19135

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    BETZAIDA CARTAGENA

    4304 COMLY STREET

    PHILADELPHIA, PA 19135

**Counsel for debtor(s), by electronic notice only.**
    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                        /s/ William C. Miller

Date: 3/5/2018

                                        _____

                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee