# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Betzaida Cartagena
                     Debtor(s)

MIDFIRST BANK
                v.
Betzaida Cartagena
              and
William C. Miller Esq.
                  Trustee

Chapter 13

NO. 17-18128 ELF

## ORDER

AND NOW, this 28th day of June, 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on   it is **ORDERED** that:

the Automatic Stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 4304 Comly Street Philadelphia, PA 19135.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Betzaida Cartagena
4304 Comly Street
Philadelphia, PA 19135

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Michael A. Cataldo Esq.
1500 Walnut Street (VIA ECF)
Suite 900
Philadelphia, PA 19102

Michael A. Cibik Esq.
1500 Walnut Street (VIA ECF)
Suite 900
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532