United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-18128-elf
Betzaida Cartagena                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: John            Page 1 of 1            Date Rcvd: Jun 28, 2019
                            Form ID: pdf900       Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2019.
```
db              +Betzaida Cartagena,    4304 Comly Street,    Philadelphia, PA 19135-3906
14053971        +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Jun 29 2019 03:21:19     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 29 2019 03:20:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 29 2019 03:20:56     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2019 at the address(es) listed below:
```
          KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          MICHAEL A. CATALDO2    on behalf of Debtor Betzaida  Cartagena ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor Betzaida  Cartagena ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 6
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Betzaida Cartagena
                      Debtor(s)

MIDFIRST BANK
            v.
Betzaida Cartagena
           and
William C. Miller Esq.
            Trustee

Chapter 13

NO. 17-18128 ELF

**ORDER**

AND NOW, this 28th day of June, 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on    it is **ORDERED** that:

the Automatic Stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 4304 Comly Street Philadelphia, PA 19135.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Betzaida Cartagena
4304 Comly Street
Philadelphia, PA 19135

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Michael A. Cataldo Esq.
1500 Walnut Street (VIA ECF)
Suite 900
Philadelphia, PA 19102

Michael A. Cibik Esq.
1500 Walnut Street (VIA ECF)
Suite 900
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532