# KML LAW GROUP, P.C.
**701 MARKET STREET, SUITE 5000**
**Philadelphia, PA 19106**
www.kmllawgroup.com

August 2, 2019

Betzaida Cartagena
4304 Comly Street
Philadelphia, PA 19135

RE:    Betzaida Cartagena
        Bankruptcy Case Number: 17-18128 ELF
        Our File Number: 177839BK

Dear Sir or Madam:

      Enclosed for service upon you and your counsel, is a true and correct copy of the RESPONSE TO MOTION TO RECONSIDER RELIEF ORDER filed by the lender, MIDFIRST BANK.

                KML LAW GROUP, P.C.
                Kevin G. McDonald, Esquire
                Phone: (215) 825-6311
                Email: kmcdonald@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Betzaida Cartagena** <br> Debtor <br><br> **MIDFIRST BANK** <br> Movant <br> vs. <br><br> **Betzaida Cartagena** <br> Debtor <br><br> **William C. Miller Esq.**   Trustee | **BK NO. 17-18128 ELF** <br><br> **Chapter 13** |

**CERTIFICATE OF SERVICE OF**
**RESPONSE TO MOTION TO RECONSIDER RELIEF ORDER**

I, Kevin G. McDonald, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on August 2, 2019, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor
Betzaida Cartagena
4304 Comly Street
Philadelphia, PA 19135

Attorneys for Debtor
Michael A. Cataldo
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Michael A. Cibik
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Trustee
William C. Miller
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Method of Service:  electronic means or first class mail

Dated: August 2, 2019

/s/Kevin G. McDonald, Esquire
Kevin G. McDonald, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215) 825-6311
Email: kmcdonald@kmllawgroup.com