**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Betzaida Cartagena** <br>                            **Debtor** <br><br> **MIDFIRST BANK** <br>                            **Movant** <br>       vs. <br><br> **Betzaida Cartagena** <br>                            **Debtor** <br><br> **William C. Miller Esq.**      **Trustee** | **BK NO. 17-18128 ELF** <br><br> **Chapter 13** |

**AMENDED CERTIFICATE OF SERVICE OF
RESPONSE TO MOTION TO RECONSIDER RELIEF ORDER**

I, Kevin G. McDonald, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>August 2, 2019</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor</u>
Betzaida Cartagena
4304 Comly Street
Philadelphia, PA 19135

<u>Attorneys for Debtor</u>
Michael A. Cataldo
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Michael A. Cibik
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

<u>Trustee</u>
William C. Miller
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Method of Service: electronic means or first class mail

Dated: <u>August 2, 2019</u>

                                                     **/s/Kevin G. McDonald, Esquire**
                                                   Kevin G. McDonald, Esquire
                                                   KML Law Group, P.C.
                                                   BNY Mellon Independence Center
                                                   701 Market Street, Suite 5000
                                                   Philadelphia, PA 19106
                                                   Phone: (215) 825-6311
                                                   Email: kmcdonald@kmllawgroup.com