# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 17-18128-elf |
| | : | |
| Betzaida Cartagena, | : | Chapter 13 |
| | : | |
| Debtors. | : | |

## Certificate of Service

I certify that on this date, a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan along with the notice, the proposed order, and all exhibits was served on the following parties by first class mail or through the CM/ECF system:

Kenneth E. West
ecfemails@ph13trustee.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Midfirst Bank
bkgroup@kmllawgroup.com

LVNV Funding, LLC its successors and assigns as assignee of Arrow Financial Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

City of Philadelphia
Law Department Tax Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

Dated: August 22, 2022

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com