United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                               Case No. 17-18128-elf

Betzaida Cartagena                                         Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                        User: admin                                         Page 1 of 3

Date Rcvd: Sep 27, 2022                              Form ID: pdf900                               Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Betzaida Cartagena, 4304 Comly Street, Philadelphia, PA 19135-3906 |
| 14022909 | + | Central Finl Control, Po Box 66044, Anaheim, CA 92816-6044 |
| 14022917 | | Holy Redeemer Health Center, PO Box 8500-2900, Philadelphia, PA 19178-8500 |
| 14022919 | + | Jeanes Hospital, 7600 Central Avenue, Philadelphia, PA 19111-2499 |
| 14022920 | + | Jos Miller & Sons, 413 W. Dauphin Street, Philadelphia, PA 19133-2998 |
| 14022922 | + | Merchants Assoc Coll D, Po Box 173025, Tampa, FL 33672-1025 |
| 14022926 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14022928 | + | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 27 2022 23:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 27 2022 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14022912 | | Email/Text: megan.harper@phila.gov | Sep 27 2022 23:42:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14022913 | | Email/Text: megan.harper@phila.gov | Sep 27 2022 23:42:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14110533 | | Email/Text: megan.harper@phila.gov | Sep 27 2022 23:42:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14022910 | + | Email/Text: ecf@ccpclaw.com | Sep 27 2022 23:42:00 | Cibik and Cataldo, P.C., 1500 Walnut St., Suite 900, Philadelphia, PA 19102-3518 |
| 14022914 | + | Email/Text: bknotice@ercbpo.com | Sep 27 2022 23:42:00 | Enhanced Recovery Corp, Attention: Client Services, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14022915 | ^ | MEBN | Sep 27 2022 23:38:52 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14022916 | ^ | MEBN | Sep 27 2022 23:38:53 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14022918 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 27 2022 23:42:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14022921 | ^ | MEBN | Sep 27 2022 23:39:03 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14048425 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 17-18128-elf    Doc 86    Filed 09/29/22    Entered 09/30/22 00:32:17    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2022 | Form ID: pdf900 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 27 2022 23:45:23 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14053971 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 27 2022 23:45:21 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14022923 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 27 2022 23:45:25 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14022924 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 27 2022 23:45:21 | Midland Mortgage Co., P.O. Box 26648, Oklahoma City, OK 73126-0648 |
| 14022925 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 27 2022 23:45:21 | Midland Mortgage Company/Mid First Bank, Attention: Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14022927 | | Email/Text: bankruptcygroup@peco-energy.com | Sep 27 2022 23:42:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14022929 | | Email/Text: BankruptcyMail@questdiagnostics.com | Sep 27 2022 23:42:00 | Quest Diagnostics, P.O. Box 7306, Hollister, MO 65673-7306 |
| 14022930 | | Email/Text: DASPUBREC@transunion.com | Sep 27 2022 23:42:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14022931 | | Email/Text: eforbes@ph13trustee.com | Sep 27 2022 23:42:00 | William C. Miller, Esquire, Chapter 13 Trustee, P.O. Box 40119, Philadelphia, PA 19106-0119 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14022911 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 29, 2022                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Sep 27, 2022 | Form ID: pdf900 | Total Noticed: 28

MATTEO SAMUEL WEINER
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

MICHAEL A. CIBIK
    on behalf of Debtor Betzaida Cartagena mail@cibiklaw.com

MICHAEL I. ASSAD
    on behalf of Debtor Betzaida Cartagena mail@cibiklaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>BETZAIDA CARTAGENA | Chapter 13 |
| Debtor | Bankruptcy No. 17-18128-ELF |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Dated: September 27, 2022

Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
MICHAEL A. CIBIK, ESQ.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102-

Debtor:
BETZAIDA CARTAGENA

4304 COMLY STREET

PHILADELPHIA, PA 19135